UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-05185 |
| David F Rosato | ) | |
| Glory A Rosato | ) | |
| | ) | Chapter: 13 |
| | ) | Judge Jacqueline P. Cox |
| | ) | Cook |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of BMO Harris Bank, N.A., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that BMO Harris Bank, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 4042 Gilbert Avenue, Western Springs, Illinois 60558-1235.

(2) No further payments are to be disbursed to BMO Harris Bank, N.A. on its secured claim.

(3) Rule 4001(a)(3) is waived and BMO Harris Bank, N.A. may immediately enforce and implement this order granting relief from the automatic stay.

Enter: J. P. Cox   *Jacqueline P. Cox*

Judge Jacqueline P. Cox
United States Bankruptcy Judge

Dated: 12-9-19

**Prepared by:**

Grant Simmons  ARDC#6330446
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-19-10154)

Rev: 201100318_bko